AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregg, John T. | U.S. Bankruptcy Court - Western District of Michigan | 09/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

1 Division Avenue, North
Grand Rapids, Michigan 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | American Bankruptcy Institute - Central States Advisory Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Partnership Agreement with Barnes & Thornburg LLP (withdrawn); final equity distributions in April 2015 |
| 2. | 2013 | Cash Balance Pension Plan with Barnes & Thornburg LLP (withdrawn) and administered by Fifth Third Bank |
| 3. | 2014 | Profit Sharing Plan and Trust with Barnes & Thornburg LLP (withdrawn) and administered by PNC |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 09/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Final equity distributions from Barnes & Thornburg LLP | $62,623.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Reagan Marketing & Design, LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 6/11/2015-6/13/2015 | Traverse City, MI | Speaker at Central States Bankruptcy Workshop | Travel, Lodging |
| 2. | Federal Bankruptcy Association | 7/30/2015-8/1/2015 | Crystal Mountain, MI | Speaker at seminar | Travel, Lodging |
| 3. | National Conference of Bankruptcy Judges | 9/28/2015-9/30/2015 | Miami, FL | Attended Conference | Lodging |
| 4. | American Bankruptcy Institute | 10/28/2015 | Chicago, IL | Speaker at 7th Annual Mid-Level Professional Development Program | Travel, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 09/06/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 10/10/2015-10/11/2015 | Troy, MI | Speaker at Veteran's Day Consumer Bankruptcy Conference | Travel, Lodging |
| 6. | American Bankruptcy Institute | 12/2/2015-12/5/2015 | Phoenix, AZ | Speaker at Winter Leadership Conference | Travel, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 09/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase, N.A. - Accounts | A | Interest | M | T | | | | | |
| 2. Macatawa Bank - Account | A | Interest | N | T | | | | | |
| 3. Citibank, N.A. - IRA Account | A | Interest | J | T | | | | | |
| 4. Lake Michigan Credit Union - Account | A | Interest | J | T | | | | | |
| 5. Barnes & Thornburg Cash Balance Pension Plan (Fifth Third) | | None | | | Sold | 02/01/15 | K | A | N/A |
| 6. Charles Schwab Money Market (KLG) | A | Interest | J | T | | | | | |
| 7. Charles Schwab 401(k) - Simple IRA (Cash) (JTG) | A | Interest | K | T | | | | | |
| 8. Columbia Acorn Fund Z | A | Dividend | | | Sold | 03/05/15 | J | A | N/A |
| 9. Templeton Inst. Foreign Equity Fund | A | Dividend | | | Sold | 03/05/15 | J | A | N/A |
| 10. Vanguard Institute Index Fund | A | Dividend | | | Sold | 03/05/15 | J | A | N/A |
| 11. Vanguard Target Date 2010 | A | Dividend | | | Sold | 03/05/15 | J | A | N/A |
| 12. PIMCO Total Return Institutional Class | A | Dividend | | | Sold | 03/05/15 | K | A | N/A |
| 13. KeyBank EB Magic 20 Fund | A | Dividend | | | Sold | 03/05/15 | K | A | N/A |
| 14. Fed Gov Ultrashort Dur AS 14 | A | Distribution | J | T | | | | | |
| 15. AmerFunds EuroPac Growth SA54 | A | Dividend | J | T | | | | | |
| 16. LVIP Clarion Global Real Estate SA55 | A | Dividend | J | T | | | | | |
| 17. LVIP Del Growth & Income SA11 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 09/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LVIP Mon Int'l Value SA 22 | A | Dividend | J | T | | | | | |
| 19. LVIP Vanguard Int'l Equity SA59 | A | Dividend | J | T | | | | | |
| 20. AmerFunds SMALLCAP World SA46 | A | Dividend | J | T | | | | | |
| 21. Janus Aspen Enterprise SA64 | A | Dividend | J | T | | | | | |
| 22. LVIP SSgA Small-Cap Index SA36 | A | Dividend | J | T | | | | | |
| 23. Oppenheimer Developing Markets SA94 | A | Dividend | J | T | | | | | |
| 24. Salt Lake City Utah Sales & Excise Tax Rev-B Bond (X) | C | Dividend | L | T | | | | | |
| 25. Carson City & Crystal Mich ARE A Sch Bldg & Site Gen. Oblig. Bonds (X) | A | Dividend | L | T | | | | | |
| 26. Caro Mich Cmnt Sch Dist Sch Bldg Sev-B Bonds (X) | B | Dividend | K | T | | | | | |
| 27. United States Treasury Bonds (X) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregg, John T. | 09/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section II, I have included several agreements with my former law firm, Barnes & Thornburg LLP. In early 2015, I completely divested myself from any financial connection to pension and other retirement accounts established through Barnes & Thornburg LLP. The pension and retirement accounts were rolled over into the Thrift Savings Plan, as indicated in Section VII. In addition, I received my final equity distribution in April 2015.

In Section III, I disclosed equity distributions from Barnes & Thornburg LLP. In my initial report dated May 16, 2016, I thought that my 2015 tax returns would need to be amended to capture the final equity distribution. However, upon further review and discussion with my accountant, the 2015 tax returns do not need to be amended.

In Section VII, I disclosed a savings account at Macatawa Bank. This account was also disclosed as part of my 2014 disclosures. However, when disclosed in 2014, I used the Value Code J. This was incorrect. The correct Value Code is N, as the account balance has always been approximately $220,000.

In Section VII, I disclosed a Cash Balance Pension Plan through Barnes & Thornburg LLP which was maintained at Fifth Third Bank. This account was also disclosed as part of my 2014 disclosures. However, when disclosed in 2014, I used the Value Code J. This was incorrect. The correct Value Code is K, as the account balance was $33,920.04. At the time that I filed my 2014 disclosures, I was unaware of the correct balance, as Barnes & Thornburg LLP had implemented the mandatory pension plan during my last year as an equity partner at the firm.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Gregg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544